# Exhibit C

| | |
|---|---|
| **From:** | cbpfoia@cbp.dhs.gov |
| **To:** | FOIA General Mailbox |
| **Subject:** | CBP FOIA - CBP-FO-2024-136975 |
| **Date:** | Monday, July 15, 2024 7:19:36 PM |

Tiffany Hollis
Human Rights Defense Center
P.O. Box 1151
[Request|Requestor{Requestor}|Address 2]
Lake Worth, Florida 33460

07/15/2024

CBP-FO-2024-136975

Dear Tiffany Hollis:

This notice acknowledges receipt of your Freedom of Information Act (FOIA) request to U.S. Customs and Border Protection (CBP) received on 7/11/2024, requesting all FOIA litigation against U.S. Customs and Border Protection (USCBP) and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims from July 11, 2014 to the present.  Please use the following unique FOIA tracking number CBP-FO-2024-136975 to track the status of your request.  If you have not already done so, you must create a SecureRelease account. This is the only method available to check the status of your pending FOIA request.
Provisions of the Act allow us to recover part of the cost of complying with your request.  We shall charge you for records in accordance with the DHS FOIA regulations outlined on the DHS website, https://www.federalregister.gov/documents/2016/11/22/2016-28095/freedom-of-information-act-regulations. By submitting your request, you have agreed to pay up to $25.00 in applicable processing fees, if any fees associated with your request exceed this amount, CBP shall contact you.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request.  Consistent with 6 C.F.R. Part 5 § 5.5(a) of the DHS FOIA regulations, CBP processes FOIA requests according to their order of receipt.  Although CBP's goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time period in certain circumstances pursuant to 6 C.F.R. Part 5 § 5.5(c).  As your request seeks documents that will require a thorough and wide-ranging search, CBP will invoke a 10-day extension for your request pursuant to 6 C.F.R. Part 5 § 5.5(c).

CBP's FOIA Division is working hard to reduce the amount of time necessary to respond to FOIA requests.  We truly appreciate your continued patience.

For additional information please consult CBP FOIA website please click on FOIA Act Resources or visit http://www.cbp.gov/site-policy-notices/foia.

Please note that this message has been sent from an unmonitored e-mail account. Any messages sent to this account will not be read.

Sincerely,

U.S. Customs and Border Protection