# Exhibit D

| | |
|---|---|
| **From:** | cbpfoia@cbp.dhs.gov |
| **To:** | FOIA General Mailbox |
| **Subject:** | CBP FOIA - CBP-FO-2024-136975 |
| **Date:** | Friday, August 2, 2024 8:04:14 AM |

Tiffany Hollis
Human Rights Defense Center
P.O. Box 1151
Lake Worth, Florida 33460

08/02/2024

CBP-FO-2024-136975

Dear Tiffany Hollis,

This is just a short note to inform you of the status of your request.  Please see the bullets checked below for information regarding your request to U.S. Customs and Border Protection (CBP):

[X] We are still conducting searches for records which may be responsive to your request.

[X]  The custodians most likely to hold your records have been identified and your request has been tasked for search.  Once the volume of documents has been determined, we may reach out to better target your request so we may process it in the most efficient and expeditious manner possible.

[ ]  Records responsive to your request have been identified and we are currently conducting our review.  You will be notified when your records are ready for release.

[ ]  We would like to update you that your request has moved to the next stage in processing and records are currently being reviewed by our component offices. We anticipate that the records will be ready for release shortly. You will be notified via email when your records are available for viewing.

Although CBP is working hard to reduce our backlog, if your request included a search for emails, please be advised that requests of this type are typically taking 12 to 24 months to process.  Thank you for your patience while we continue to work on reducing our backlog.

If you wish to discuss your request in more detail, or at any time you wish to withdraw your request, please call our Public Liaison at 202-325-0150 and reference your request number.

Please note that this message has been sent from an unmonitored e-mail account. Any messages sent to this account will not be read.

Sincerely,

U.S. Customs and Border Protection

Case 1:25-cv-03921     Document 1-4     Filed 11/12/25     Page 3 of 3