UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

    Plaintiff,

v.

UNITED STATES CUSTOMS AND
BORDER PROTECTION,

    Defendant.

Civil Action No. 25-3921 (APM)

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney William Thanhauser as counsel for Defendant United States Customs and Border Protection in this action.

Dated: December 9, 2025

Respectfully submitted,

*/s/ William Thanhauser*
WILLIAM THANHAUSER, D.C. Bar #1737034
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7706

*Attorney for the United States of America*