UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>       Plaintiff,<br><br>    v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>       Defendant. | Civil Action No. 25-3921 (APM) |

**JOINT STATUS REPORT**

Pursuant to the Court's January 15, 2026, Order, *see* ECF No. 7, Plaintiff Human Rights Defense Center and Defendant U.S. Customs and Border Protection ("CBP") respectfully submit this joint status report for this Freedom of Information Act ("FOIA") civil action. This case concerns a FOIA request, dated July 11, 2024, submitted to CBP. Plaintiff filed the Complaint on November 12, 2025, *see* ECF No. 1, and CBP answered the Complaint on January 14, 2026, *see* ECF No. 6. The parties report as follows:

    1.    **The status of Plaintiff's FOIA request**. In response to Plaintiff's FOIA request, the CBP Finance and Accounting Division ("FAD") has identified the relevant system of record as Systems, Application, and Products ("SAP") and completed its search of SAP on January 28, 2026. FAD uses a FOIA project code to track payments that it understands to be made in FOIA litigation cases. The FOIA project code did not exist in SAP until 2015, meaning that FAD's search of SAP did not produce any potentially responsive records prior to 2015. FAD's use of the FOIA project code is done voluntarily and for its own ease of reference.

2.     **The anticipated number of documents responsive to Plaintiff's FOIA request**. CBP is currently reviewing the results of the January 28, 2026 search, and does not yet have an estimated number of documents responsive to Plaintiff's FOIA request at this time.

3.     **The anticipated date(s) for release of the documents requested by Plaintiff**. Likewise, CBP does not yet have an anticipated date for the release of the documents requested by Plaintiff at this time. CBP needs to complete its review of the January 28, 2026 search, before it can provide any anticipated release date(s).

4.     **Whether a motion for a stay is likely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976)**. CBP does not anticipate seeking an *Open America* stay in this litigation.

5.     **Whether the parties anticipate summary judgment briefing and, if so, a proposed briefing schedule**. The parties believe it is too soon to tell whether summary judgment briefing is necessary. The parties will update the Court of the necessity of a summary judgment briefing schedule in future Joint Status Reports. The parties will work together throughout this litigation to attempt to reduce the number of issues for the Court.

\*     \*     \*

- 3 -

The parties respectfully request that the Court order the parties to file another joint status report on or before April 29, 2026, with additional joint status reports due every ninety days thereafter. The parties have provided a proposed order to that effect.

Dated: January 29, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

 */s/ James M. Slater*
James M. Slater, D.C. Bar # 1044374
2296 Henderson Mill Rd. N.E. #116
Atlanta, GA 30345
james@slater.legal
Tel. (404) 458-7283

By: /s/ *William Thanhauser*
  WILLIAM THANHAUSER
  D.C. Bar #1737034
  Assistant United States Attorney
  601 D Street, N.W.
  Washington, DC 20530
  (202) 252-7706

*Counsel for Plaintiff*

*Attorneys for the United States of America*