UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

    Plaintiff,

  v.

U.S. CUSTOMS AND BORDER PROTECTION,

    Defendant.

Civil Action No. 25-3921 (APM)

**[PROPOSED] ORDER**

Upon consideration of the joint status report and the entire record, the parties are ORDERED to file another joint status report on or before April 29, 2026, and additional joint status reports every ninety days until further Order of the Court.

SO ORDERED:

_____             _____
  Dated                                                         Amit P. Mehta
                                                              United States District Judge