UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

      Plaintiff,

    v.

U.S. CUSTOMS AND BORDER
PROTECTION,

      Defendant.

Civil Action No. 25-3921 (APM)

**JOINT STATUS REPORT**

In the previous joint status report, ECF No. 8, Plaintiff Human Rights Defense Center and Defendant U.S. Customs and Border Protection ("CBP") proposed filing a joint status report on or before April 29, 2026, with additional joint status reports due every ninety days thereafter.  ECF No. 8.  Consistent with such proposal, the parties respectfully submit this joint status report for this Freedom of Information Act ("FOIA") civil action.

1.      This case concerns a FOIA request, dated July 11, 2024, submitted to CBP. Plaintiff filed the Complaint on November 12, 2025, *see* ECF No. 1, and CBP answered the Complaint on January 14, 2026, *see* ECF No. 6.

2.      In the last joint status report, CBP reported that its Finance and Accounting Division ("FAD") had identified the relevant system of record as Systems, Application, and Products ("SAP"); had completed its search of SAP;[1] and was currently reviewing the results of

---

[1]     CBP noted that, because FAD uses a FOIA project code to track payments that it understands to be made in FOIA litigation cases, and because the FOIA project code did not exist in SAP until 2015, FAD's search of SAP did not produce any potentially responsive records prior to 2015.

the search.  CBP did not yet have an estimated number of documents responsive to Plaintiff's FOIA request or an anticipated date for the release of the documents requested by Plaintiff, as it needed to first complete its review of the search.

3.      Since then, the U.S. Department of Homeland Security ("DHS"), of which CBP is a component agency, has remained under a lapse in appropriations.  In connection with this lapse, DHS implemented its contingency (shutdown) plan consistent with applicable law, including the Antideficiency Act.  Consistent with DHS's procedures for lapses in appropriations, certain DHS activities are treated as "excepted" (and therefore authorized to continue during the lapse in appropriations), while other activities are treated as "non-excepted" (and therefore must cease during the lapse and associated employees are placed in furlough status).  For the purposes of this lapse in appropriations, CBP's FOIA operations have been treated as a non-excepted function, so CBP-FOIA employees were prohibited from performing non-excepted functions and were reassigned to perform excepted functions for other CBP offices since February 14, 2026.  CBP-FOIA employees were not authorized under applicable lapse-in-appropriations guidance and the Antideficiency Act to perform work on FOIA matters, including both administrative processing and FOIA-related litigation support, subject to certain exceptions not relevant here (e.g., court order).

4.      Congress still has not enacted FY26 appropriations for DHS/CBP.  However, CBP-FOIA employees were recently deemed "exempt" by CBP and are now being paid with limited funds to perform their ordinary duties, and they resumed work on FOIA matters on April 16, 2026. As such, CBP-FOIA Division employees can now perform work on FOIA matters, including both administrative processing and FOIA-related litigation support, unless or until funding is no longer available to perform their ordinary duties.  Because work resumed on April 16, 2026, CBP may

need some additional time to reprioritize pending matters but will resume work on this matter as expeditiously as possible.

5.     The parties respectfully request that the Court order the parties to file another joint status report on or before July 28, 2026, with additional joint status reports due every ninety days thereafter.

Dated:  April 27, 2026                                    Respectfully submitted,


                                                          JEANINE FERRIS PIRRO
                                                          United States Attorney

 */s/ James M. Slater*
James M. Slater, D.C. Bar # 1044374
2296 Henderson Mill Rd. N.E. #116          By: */s/ William Thanhauser*
Atlanta, GA 30345                              WILLIAM THANHAUSER
james@slater.legal                             D.C. Bar #1737034
Tel. (404) 458-7283                            Assistant United States Attorney
                                               601 D Street, N.W.
                                               Washington, DC 20530
 *Counsel for Plaintiff*                        (202) 252-7706

                                           *Attorneys for the United States of America*