UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>Defendant. | Civil Action No. 25-3921 (APM) |

## JOINT STATUS REPORT

Pursuant to the Court's January 30, 2026 Minute Order, Plaintiff Human Rights Defense Center and Defendant U.S. Customs and Border Protection ("CBP"), by and through their undersigned counsel, respectfully submit this joint status report for this Freedom of Information Act ("FOIA") action.  This case concerns a FOIA request, dated July 11, 2024, submitted to CBP. Plaintiff filed the Complaint on November 12, 2025, *see* ECF No. 1, and CBP answered the Complaint on January 14, 2026, *see* ECF No. 6.

1.    In the first joint status report, CBP reported that its Finance and Accounting Division ("FAD") had identified the relevant system of record as Systems, Application, and Products ("SAP"); had completed its search of SAP;[1] and was currently reviewing the results of the search.  *See* ECF No. 8, ¶¶ 1-2.  CBP did not yet have an estimated number of documents

---

[1]    CBP noted that, because FAD uses a FOIA project code to track payments that it understands to be made in FOIA litigation cases, and because the FOIA project code did not exist in SAP until 2015, FAD's search of SAP did not produce any potentially responsive records prior to 2015.

responsive to Plaintiff's FOIA request or an anticipated date for the release of the documents requested by Plaintiff, as it needed to first complete its review of the search. *See id.*, ¶ 3.

2. DHS, of which CBP is a component agency, subsequently experienced a lapse in appropriations that delayed its work on the subject FOIA request. *See* ECF No. 9, ¶ 3. In the most recent joint status report, DHS reported that CBP-FOIA employees had recently returned to performing their ordinary duties and would need additional time to reprioritize pending matters, but would resume work on this matter as expeditiously as possible. *See id.* ¶ 4.

3. Since then, CBP has completed its review of the search results from SAP. CBP has identified 3,190 pages of documents that are potentially responsive to Plaintiff's FOIA request. CBP's processing of these documents is ongoing, and the expected first production will be on or before August 31, 2026. The production rate is expected to be 300-400 pages per month.

4. Pursuant to the Court's January 30, 2026 Minute Order, the parties will file their next joint status report in 90 days.

Dated: July 24, 2026

Respectfully submitted,

*/s/ James M. Slater*

James M. Slater, D.C. Bar # 1044374
2296 Henderson Mill Rd. N.E. #116
Atlanta, GA 30345
james@slater.legal
Tel. (404) 458-7283

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ William Thanhauser*

WILLIAM THANHAUSER
D.C. Bar #1737034
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(202) 252-7706

*Counsel for Plaintiff*

*Attorneys for the United States of America*