UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>Defendant. | Civil Action No. 25-3921 (APM) |

**JOINT STATUS REPORT**

Pursuant to the Court's January 30, 2026 Minute Order, Plaintiff Human Rights Defense Center and Defendant U.S. Customs and Border Protection ("CBP"), by and through their undersigned counsel, respectfully submit this joint status report for this Freedom of Information Act ("FOIA") action. This case concerns a FOIA request, dated July 11, 2024, submitted to CBP. Plaintiff filed the Complaint on November 12, 2025, *see* ECF No. 1, and CBP answered the Complaint on January 14, 2026, *see* ECF No. 6.

1. As reported in prior joint status reports, CBP's Finance and Accounting Division ("FAD") has identified the relevant system of record as Systems, Application, and Products ("SAP"); has completed its search of SAP, which returned 3,190 pages of potentially responsive records;[1] and is currently processing the results of the search. *See* ECF No. 8, ¶¶ 1-2; ECF No. 9 ¶ 3. The production rate is expected to be 300-400 pages per month. *See* ECF No. 9, ¶ 3.

[1] CBP noted that, because FAD uses a FOIA project code to track payments that it understands to be made in FOIA litigation cases, and because the FOIA project code did not exist in SAP until 2015, FAD's search of SAP did not produce any potentially responsive records prior to 2015.

2. CBP's processing remains ongoing. CBP completed its first production on August 28, 2026, consisting of 392 pages, and its second production on September 30, 2026, consisting of 425 pages.

3. Pursuant to the Court's January 30, 2026 Minute Order, the parties will file their next joint status report in 90 days.

Dated: October 17, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *William Thanhauser*
WILLIAM THANHAUSER
D.C. Bar #1737034
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(202) 252-7706

*Attorneys for the United States of America*

*/s/ James M. Slater*
James M. Slater, D.C. Bar # 1044374
2296 Henderson Mill Rd. N.E. #116
Atlanta, GA 30345
james@slater.legal
Tel. (404) 458-7283

*Counsel for Plaintiff*